UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED

THOMAS STEFANIK, PETITIONER.        CIVIL ACTION NO:

2010 DEC 28 A 9:51

U.S. DISTRICT COURT

RELIEF SOUGHT AGAINST MASSACHUSETTS DEPARTMENT OF CORRECTION
            KEVIN BURKE DOC COMMISSIONER, INDIVIDUALLY
            JOSEPH D. MCDONALD JR, SHERIFF
            PLYMOUTH COUNTY SHERIFFS DEPARTMENT


CLAIM SOUGHT FOR: AMENDMENT IV OF FEDERAL CONSTITUTION VIOLATION
            FOR UNREASONABLE SEARCHES AND SEIZURES.
            CIVIL RIGHTS VIOLATION PURSUANT TO 42 U.S.C. SEC. 1983


PETITIONER THOMAS STEFANIK'S MOTION FOR
LEAVE OF COURT TO FILE NEW COMPLAINT


PETITIONER THOMAS STEFANIK IS AND HAS BEEN INCARCERATED SINCE 10/16/09 AT VARIEST COUNTY FACILITIES AND FEDERAL PRISONS. PETITIONER SEEKS LEAVE OF COURT TO FILE NEW COMPLAINT AGAINST THE ABOVE LISTED PERSONS AND ENTITIES, FOR CIVIL RIGHTS VIOLATION AGAINST PETITIONER WHILE INCARCERATED AT PLYMOUTH COUNTY CORRECTIONAL FACILITY AND ITS SHERIFF JOSEPH D. MCDONALD JR. CAUSE OF ACTION: ITS THE PLYMOUTH COUNTY CORRECTIONAL FACILITY POLICY TO PERFORM STRIPE SEARCHES OF PETITIONER AND ALL OTHER INMATES AND DETAINEES ONCE PER MONTH FOR NO ALLEGE REASON GIVEN FOR THESE SEARCHES TO INMATES, PETITIONER OR DETAINEES. PETITIONER HAS NOT AT PRESENT SERVED THE REQUIRE NOTICE PURSUANT TO M.G.L.C. 258 SECTION 4, NOR G.L.C. 127 SEC. 38F, NOR FEDERAL PRISON LITIGATION REFORM ACT, 42 U.S.C. SEC. 1997e(B)(2000). SEE WILSON V. COUNTY OF GLOUCESTER, U.S.D.C. (D.N.J.) CASE NO:

06 CV-01368-JEI-K-M-W.

WHERE THE COURT FOUND THE STRIPE SEARCHES TO BE UNLAWFUL AS TO POLICY, AND DEFENDANT, CAUSE OF ACTION. PETITIONER BELIEVE THESE SEARCHES ARE UNREASONABLE AND SELDOM BRING FRUIT OR CONTRABAND AS THE SEARCHES ARE NOTICE IN ADVANCE IN MOST INSTANCE.

Thomas Stefami
FCI
P.O. Box 2000
Fort Dix, N.J. 08640

LEGAL RESIDENCE IS
21 SPERRY RD
P.O. Box 183
Blandford, MA 01008

DATED. 12/15/10